
**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **C. B., a minor**, | No. 11-17454 |
| Plaintiff - Appellee, | D.C. No. 1:09-cv-00285-AWI-SMS |
| v. | |
| **CITY OF SONORA; MACE MCINTOSH, Chief of Police; HAL PROCK, Officer**, | **ORDER** |
| Defendants - Appellants. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.